IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY WINNELL CHAVIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) | CASE NO. 1:14-CV-1147-WKW |

## **ORDER**

On April 21, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 20.)  Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and the decision of the Commissioner is AFFIRMED.

A separate final judgment will be entered.

DONE this 9th day of May, 2016.

                                            /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE